# EXHIBIT 3

Skip to main content

## 2018CV00605 COUNTY OF PORTAGE OHIO et al VS. PURDUE PHARMA LP et al OPEN

- Case Type:
- CIVIL (COMMON PLEAS)
- Case Status:
- OPEN
- File Date:
- 07/24/2018
- DCM Track:
-
- Action:
- OTHER CIVIL
- Status Date:
- 07/24/2018
- Case Judge:
- DOHERTY, BECKY L
- Next Event:
-

| All Information | Party | Docket | Financial | Receipt | Disposition |

### Docket Information

| Date | Docket Text | Amount Owed | Amount Due | File Ref Nbr. | Image Avail. |
|------|-------------|-------------|------------|---------------|--------------|
| 07/24/2018 | COMPLAINT FILED.  ACTION: OTHER CIVIL  Receipt: 399401 Date: 07/24/2018 STEPHEN COLECCHI (Attorney) on behalf of COUNTY OF PORTAGE OHIO, CITY OF RAVENNA, CITY OF KENT, CITY OF AURORA OH, STATE OF OHIO EX REL, CITY OF RAVENNA OHIO, CITY OF KENT OHIO, CITY OF AURORA OHIO (PLAINTIFF) | $241.50 | $0.00 | | Image |
| 07/24/2018 | DEPOSIT RECEIVED  Receipt: 399401  Date: 07/24/2018 | $170.50 | $0.00 | | |
| 07/27/2018 | SUMMONS AND COPY OF COMPLAINT  ISSUED TO DEFTS  CIVIL SUMMONS Sent on:  07/27/2018  14:27:27.37  Receipt: 399594  Date: 07/27/2018 | $24.00 | $0.00 | | Image |
| 07/27/2018 | Issue Date:  07/27/2018 Service:  SUMMONS AND COMPLAINT ISSUED TO DEFENDANTS Method:  (GEN DIV) E-CERTIFIED Cost Per:  $12.00  PURDUE PHARMA LP ONE STAMFORD FORUM 201 TRESSER BLVD STAMFORD, CT  06901 Tracking No: 9171900005566900512640  PURDUE PHARMA INC ONE STAMFORD FORUM 201 TRESSER BLVD STAMFORD, CT  06901 | $144.00 | $0.00 | | |

| Date | Docket Text | Amount Owed | Amount Due | File Ref Nbr. | Image Avail. |
|------|-------------|-------------|------------|---------------|--------------|

Tracking No: 9171900005566900512657

PURDUE FREDERICK CO INC
ONE STAMFORD FORUM
201 TRESSER BLVD
STAMFORD, CT  06901
Tracking No: 9171900005566900512664

TEVA PHARMACEUTICALS USA INC
% CORPORATE CREATIONS NETWORK INC
119 E COURT ST
CINCINNATI, OH  45202
Tracking No: 9171900005566900512671

CEPHALON INC
1090 HORSHAM RD
NORTH WALES, PA  19454
Tracking No: 9171900005566900512688

JOHNSON & JOHNSON
% TERRI JOHNSON
10219 SALINEVILLE RD NE
SALINEVILLE, OH  43945
Tracking No: 9171900005566900512695

JANSSEN PHARMACEUTICALS INC
ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS INC
% CT CORP SYSTEM
4400 EASTON COMMONS SUITE 125
COLUMBUS, OH  43219
Tracking No: 9171900005566900512701

ENDO HEALTH SOLUTIONS INC
1400 ATWATER DR
MALVERN, PA  19355
Tracking No: 9171900005566900512718

ENDO PHARMACEUTICALS INC
% CT CORP SYSTEM
4400 EASTON COMMONS SUITE 125
COLUMBUS, OH  43219
Tracking No: 9171900005566900512725

MALLINCKRODT LLC
% CT CORP SYSTEM
4400 EASTON COMMONS SUITE 125
COLUMBUS, OH  43219
Tracking No: 9171900005566900512732

MALLINCKRODT PLC
675 MCDONNELL BLVD
ST LOUIS, MO  63042
Tracking No: 9171900005566900512749

SPECGX LLC
3600 N SECOND ST
SAINT LOUIS, MO  63147

| Date | Docket Text | Amount Owed | Amount Due | File Ref Nbr. | Image Avail. |
|------|-------------|-------------|------------|---------------|--------------|
| | Tracking No: 9171900005566900512756  Receipt: 399594  Date: 07/27/2018 | | | | |
| 07/30/2018 | CERTIFIED MAIL RECEIVED BY POST OFFICE  USPS PRE-SHIPMENT INFO SENT  USPS AWAITS ITEM  -  Service Date: 07/30/2018 10:36  Tracking Number: 91 7190 0005 5669 0051 2718 | | | | |
| 07/30/2018 | CERTIFIED MAIL RECEIVED BY POST OFFICE  USPS PRE-SHIPMENT INFO SENT  USPS AWAITS ITEM  -  Service Date: 07/30/2018 10:36  Tracking Number: 91 7190 0005 5669 0051 2725 | | | | |
| 07/30/2018 | CERTIFIED MAIL RECEIVED BY POST OFFICE  USPS PRE-SHIPMENT INFO SENT  USPS AWAITS ITEM  -  Service Date: 07/30/2018 10:36  Tracking Number: 91 7190 0005 5669 0051 2664 | | | | |
| 07/30/2018 | CERTIFIED MAIL RECEIVED BY POST OFFICE  USPS PRE-SHIPMENT INFO SENT  USPS AWAITS ITEM  -  Service Date: 07/30/2018 10:36  Tracking Number: 91 7190 0005 5669 0051 2732 | | | | |
| 07/30/2018 | CERTIFIED MAIL RECEIVED BY POST OFFICE  USPS PRE-SHIPMENT INFO SENT  USPS AWAITS ITEM  -  Service Date: 07/30/2018 10:36  Tracking Number: 91 7190 0005 5669 0051 2688 | | | | |
| 07/30/2018 | CERTIFIED MAIL RECEIVED BY POST OFFICE  USPS PRE-SHIPMENT INFO SENT  USPS AWAITS ITEM  -  Service Date: 07/30/2018 10:36  Tracking Number: 91 7190 0005 5669 0051 2695 | | | | |
| 07/30/2018 | CERTIFIED MAIL RECEIVED BY POST OFFICE  USPS PRE-SHIPMENT INFO SENT  USPS AWAITS ITEM  -  Service Date: 07/30/2018 10:36  Tracking Number: 91 7190 0005 5669 0051 2657 | | | | |
| 07/30/2018 | CERTIFIED MAIL RECEIVED BY POST OFFICE  USPS PRE-SHIPMENT INFO SENT  USPS AWAITS ITEM  -  Service Date: 07/30/2018 10:36  Tracking Number: 91 7190 0005 5669 0051 2756 | | | | |
| 07/30/2018 | CERTIFIED MAIL RECEIVED BY POST OFFICE  USPS PRE-SHIPMENT INFO SENT  USPS AWAITS ITEM  -  Service Date: 07/30/2018 10:36  Tracking Number: 91 7190 0005 5669 0051 2701 | | | | |
| 07/30/2018 | CERTIFIED MAIL RECEIVED BY POST OFFICE  USPS PRE-SHIPMENT INFO SENT  USPS AWAITS ITEM  -  Service Date: 07/30/2018 10:36  Tracking Number: 91 7190 0005 5669 0051 2671 | | | | |
| 07/30/2018 | CERTIFIED MAIL RECEIVED BY POST OFFICE  USPS PRE-SHIPMENT INFO SENT  USPS AWAITS ITEM  -  Service Date: 07/30/2018 10:36  Tracking Number: 91 7190 0005 5669 0051 2749 | | | | |
| 07/30/2018 | CERTIFIED MAIL RECEIVED BY POST OFFICE  USPS PRE-SHIPMENT INFO SENT  USPS AWAITS ITEM  -  Service Date: 07/30/2018 10:36  Tracking Number: 91 7190 0005 5669 0051 2640 | | | | |
| 08/01/2018 | SIGNATURE FILED  DFNDT    Signature File Attached  Tracking Number: 91 7190 0005 5669 0051 2695 | | | | Image |
| 08/02/2018 | SIGNATURE FILED  DFNDT    Signature File Attached  Tracking Number: 91 7190 0005 5669 0051 2749 | | | | Image |

| Date | Docket Text | Amount Owed | Amount Due | File Ref Nbr. | Image Avail. |
|------|-------------|-------------|------------|---------------|--------------|
| 08/02/2018 | SIGNATURE FILED<br>DFNDT    Signature File Attached<br>Tracking Number: 91 7190 0005 5669 0051 2688 | | | | Image |
| 08/02/2018 | SIGNATURE FILED<br>DFNDT    Signature File Attached<br>Tracking Number: 91 7190 0005 5669 0051 2671 | | | | Image |
| 08/02/2018 | SIGNATURE FILED<br>DFNDT    Signature File Attached<br>Tracking Number: 91 7190 0005 5669 0051 2701 | | | | Image |
| 08/02/2018 | SIGNATURE FILED<br>DFNDT    Signature File Attached<br>Tracking Number: 91 7190 0005 5669 0051 2732 | | | | Image |
| 08/02/2018 | SIGNATURE FILED<br>DFNDT    Signature File Attached<br>Tracking Number: 91 7190 0005 5669 0051 2725 | | | | Image |
| 08/02/2018 | SIGNATURE FILED<br>DFNDT    Signature File Attached<br>Tracking Number: 91 7190 0005 5669 0051 2756 | | | | Image |
| 08/02/2018 | SIGNATURE FILED<br>DFNDT    Signature File Attached<br>Tracking Number: 91 7190 0005 5669 0051 2718 | | | | Image |
| 08/06/2018 | SIGNATURE FILED<br>DFNDT    Signature File Attached<br>Tracking Number: 91 7190 0005 5669 0051 2664 | | | | Image |
| 08/06/2018 | SIGNATURE FILED<br>DFNDT    Signature File Attached<br>Tracking Number: 91 7190 0005 5669 0051 2657 | | | | Image |
| 08/06/2018 | SIGNATURE FILED<br>DFNDT    Signature File Attached<br>Tracking Number: 91 7190 0005 5669 0051 2640 | | | | Image |

**Portage County Common Pleas Court**
**203 W Main St Po Box 1035**
**Ravenna Ohio  44266-1035**
**Phone 330-297-3644 Fax 330-297-4554**

**Case Number: 2018CV00605**

**CIVIL SUMMONS**

| FILED |
| COURT OF COMMON PLEAS |
| July 27, 2018 |
| JILL FANKHAUSER, CLERK |
| PORTAGE COUNTY, OHIO |

COUNTY OF PORTAGE OHIO, et al
   **PLAINTIFF(S)**

  **VS**

PURDUE PHARMA LP, et al
   **DEFENDANT(S)**


TO:  **PURDUE PHARMA LP**

   **ONE STAMFORD FORUM**
   **201 TRESSER BLVD**
   **STAMFORD CT 06901**


**NAME AND ADDRESS OF PLAINTIFF'S ATTORNEY:**

STEPHEN COLECCHI 75 E MARKET ST   AKRON OH 44308

**DEFENDANT TAKE NOTICE**

You have been named as a Defendant in a complaint filed in the Portage County Common Pleas Court by the Plaintiff named above. Copy of complaint is attached hereto.

You are hereby notified, summoned and required to serve upon the Plaintiff's attorney, or upon the Plaintiff if he has no attorney of record, a copy of an answer to the complaint within 28 days after service of this summons on you, exclusive of the day of service.

Your answer must be filed with the Court within 3 days after the service of a copy of the answer on the Plaintiff's attorney, or upon the Plaintiff if he has no attorney of record. If you fail to appear and defend, judgment by default will be taken against you for the relief demanded in the complaint.

**JILL FANKHAUSER, CLERK**

Deputy Clerk         **SCANNED**

CC:  PURDUE PHARMA LP

**Portage County Common Pleas Court**
**203 W Main St Po Box 1035**
**Ravenna Ohio  44266-1035**
**Phone 330-297-3644 Fax 330-297-4554**

**Case Number: 2018CV00605**

**CIVIL SUMMONS**

| FILED |
| :---: |
| COURT OF COMMON PLEAS |
| July 27, 2018 |
| JILL FANKHAUSER, CLERK |
| PORTAGE COUNTY, OHIO |

COUNTY OF PORTAGE OHIO, et al
           **PLAINTIFF(S)**

    **VS**

PURDUE PHARMA LP, et al
           **DEFENDANT(S)**

TO:    **PURDUE PHARMA INC**

        **ONE STAMFORD FORUM**
        **201 TRESSER BLVD**
        **STAMFORD CT 06901**

**NAME AND ADDRESS OF PLAINTIFF'S ATTORNEY:**

STEPHEN COLECCHI 75 E MARKET ST   AKRON OH 44308

**DEFENDANT TAKE NOTICE**

You have been named as a Defendant in a complaint filed in the Portage County Common Pleas Court by the Plaintiff named above. Copy of complaint is attached hereto.

You are hereby notified, summoned and required to serve upon the Plaintiff's attorney, or upon the Plaintiff if he has no attorney of record, a copy of an answer to the complaint within 28 days after service of this summons on you, exclusive of the day of service.

Your answer must be filed with the Court within 3 days after the service of a copy of the answer on the Plaintiff's attorney, or upon the Plaintiff if he has no attorney of record. If you fail to appear and defend, judgment by default will be taken against you for the relief demanded in the complaint.

**JILL FANKHAUSER, CLERK**

Deputy Clerk                              **SCANNED**

CC:    PURDUE PHARMA LP

**Portage County Common Pleas Court**
**203 W Main St Po Box 1035**
**Ravenna Ohio 44266-1035**
**Phone 330-297-3644 Fax 330-297-4554**

**Case Number: 2018CV00605**

**CIVIL SUMMONS**

| |
|---|
| FILED |
| COURT OF COMMON PLEAS |
| July 27, 2018 |
| JILL FANKHAUSER, CLERK |
| PORTAGE COUNTY, OHIO |

COUNTY OF PORTAGE OHIO, et al
**PLAINTIFF(S)**

**VS**

PURDUE PHARMA LP, et al
**DEFENDANT(S)**

TO:     PURDUE FREDERICK CO INC

        ONE STAMFORD FORUM
        201 TRESSER BLVD
        STAMFORD CT 06901

**NAME AND ADDRESS OF PLAINTIFF'S ATTORNEY:**

STEPHEN COLECCHI 75 E MARKET ST   AKRON OH 44308

**DEFENDANT TAKE NOTICE**

You have been named as a Defendant in a complaint filed in the Portage County Common Pleas Court by the Plaintiff named above. Copy of complaint is attached hereto.

You are hereby notified, summoned and required to serve upon the Plaintiff's attorney, or upon the Plaintiff if he has no attorney of record, a copy of an answer to the complaint within 28 days after service of this summons on you, exclusive of the day of service.

Your answer must be filed with the Court within 3 days after the service of a copy of the answer on the Plaintiff's attorney, or upon the Plaintiff if he has no attorney of record. If you fail to appear and defend, judgment by default will be taken against you for the relief demanded in the complaint.

**JILL FANKHAUSER, CLERK**

Deputy Clerk                                        **SCANNED**

CC:     PURDUE PHARMA LP

**Portage County Common Pleas Court**
**203 W Main St Po Box 1035**
**Ravenna Ohio  44266-1035**
**Phone 330-297-3644 Fax 330-297-4554**

**Case Number: 2018CV00605**

**CIVIL SUMMONS**

| FILED |
|---|
| COURT OF COMMON PLEAS |
| July 27, 2018 |
| JILL FANKHAUSER, CLERK |
| PORTAGE COUNTY, OHIO |

COUNTY OF PORTAGE OHIO, et al
**PLAINTIFF(S)**

    **VS**

PURDUE PHARMA LP, et al
**DEFENDANT(S)**

TO:    **TEVA PHARMACEUTICALS USA INC**

    **% CORPORATE CREATIONS NETWORK INC**
    **119 E COURT ST**
    **CINCINNATI OH 45202**

**NAME AND ADDRESS OF PLAINTIFF'S ATTORNEY:**

STEPHEN COLECCHI 75 E MARKET ST   AKRON OH 44308

**DEFENDANT TAKE NOTICE**

You have been named as a Defendant in a complaint filed in the Portage County Common Pleas Court by the Plaintiff named above. Copy of complaint is attached hereto.

You are hereby notified, summoned and required to serve upon the Plaintiff's attorney, or upon the Plaintiff if he has no attorney of record, a copy of an answer to the complaint within 28 days after service of this summons on you, exclusive of the day of service.

Your answer must be filed with the Court within 3 days after the service of a copy of the answer on the Plaintiff's attorney, or upon the Plaintiff if he has no attorney of record. If you fail to appear and defend, judgment by default will be taken against you for the relief demanded in the complaint.

**JILL FANKHAUSER, CLERK**

Deputy Clerk                                  **SCANNED**

CC:    PURDUE PHARMA LP

**Portage County Common Pleas Court**
**203 W Main St Po Box 1035**
**Ravenna Ohio  44266-1035**
**Phone 330-297-3644 Fax 330-297-4554**

**Case Number: 2018CV00605**

**CIVIL SUMMONS**

| FILED |
| COURT OF COMMON PLEAS |
| July 27, 2018 |
| JILL FANKHAUSER, CLERK |
| PORTAGE COUNTY, OHIO |

COUNTY OF PORTAGE OHIO, et al
**PLAINTIFF(S)**

**VS**

PURDUE PHARMA LP, et al
**DEFENDANT(S)**

TO:  **CEPHALON INC**

**1090 HORSHAM RD**
**NORTH WALES PA 19454**

**NAME AND ADDRESS OF PLAINTIFF'S ATTORNEY:**

STEPHEN COLECCHI 75 E MARKET ST   AKRON OH 44308

**DEFENDANT TAKE NOTICE**

You have been named as a Defendant in a complaint filed in the Portage County Common Pleas Court by the Plaintiff named above. Copy of complaint is attached hereto.

You are hereby notified, summoned and required to serve upon the Plaintiff's attorney, or upon the Plaintiff if he has no attorney of record, a copy of an answer to the complaint within 28 days after service of this summons on you, exclusive of the day of service.

Your answer must be filed with the Court within 3 days after the service of a copy of the answer on the Plaintiff's attorney, or upon the Plaintiff if he has no attorney of record. If you fail to appear and defend, judgment by default will be taken against you for the relief demanded in the complaint.

**JILL FANKHAUSER, CLERK**

Deputy Clerk                                         **SCANNED**

**CC:**   PURDUE PHARMA LP

**Portage County Common Pleas Court**
**203 W Main St Po Box 1035**
**Ravenna Ohio  44266-1035**
**Phone 330-297-3644 Fax 330-297-4554**

**Case Number: 2018CV00605**

**CIVIL SUMMONS**

| |
|---|
| FILED |
| COURT OF COMMON PLEAS |
| July 27, 2018 |
| JILL FANKHAUSER, CLERK |
| PORTAGE COUNTY, OHIO |

COUNTY OF PORTAGE OHIO, et al
**PLAINTIFF(S)**

**VS**

PURDUE PHARMA LP, et al
**DEFENDANT(S)**

TO:    JOHNSON & JOHNSON

% TERRI JOHNSON
10219 SALINEVILLE RD NE
SALINEVILLE OH 43945

**NAME AND ADDRESS OF PLAINTIFF'S ATTORNEY:**

STEPHEN COLECCHI 75 E MARKET ST   AKRON OH 44308

**DEFENDANT TAKE NOTICE**

You have been named as a Defendant in a complaint filed in the Portage County Common Pleas Court by the Plaintiff named above.
Copy of complaint is attached hereto.

You are hereby notified, summoned and required to serve upon the Plaintiff's attorney, or upon the Plaintiff if he has no attorney of
record, a copy of an answer to the complaint within 28 days after service of this summons on you, exclusive of the day of service.

Your answer must be filed with the Court within 3 days after the service of a copy of the answer on the Plaintiff's attorney, or upon
the Plaintiff if he has no attorney of record. If you fail to appear and defend, judgment by default will be taken against you for the
relief demanded in the complaint.

**JILL FANKHAUSER, CLERK**

Deputy Clerk                                                    **SCANNED**

**CC:**    PURDUE PHARMA LP

**Portage County Common Pleas Court**
**203 W Main St Po Box 1035**
**Ravenna Ohio  44266-1035**
**Phone 330-297-3644 Fax 330-297-4554**

**Case Number: 2018CV00605**

**CIVIL SUMMONS**

| |
|---|
| FILED |
| COURT OF COMMON PLEAS |
| July 27, 2018 |
| JILL FANKHAUSER, CLERK |
| PORTAGE COUNTY, OHIO |

COUNTY OF PORTAGE OHIO, et al
      **PLAINTIFF(S)**

    **VS**

PURDUE PHARMA LP, et al
      **DEFENDANT(S)**


TO:    JANSSEN PHARMACEUTICALS INC
       NKA JANSSEN PHARMACEUTICA INC
       ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS INC
       % CT CORP SYSTEM
       4400 EASTON COMMONS SUITE 125
       COLUMBUS OH 43219


**NAME AND ADDRESS OF PLAINTIFF'S ATTORNEY:**

STEPHEN COLECCHI 75 E MARKET ST   AKRON OH 44308

**DEFENDANT TAKE NOTICE**

You have been named as a Defendant in a complaint filed in the Portage County Common Pleas Court by the Plaintiff named above. Copy of complaint is attached hereto.

You are hereby notified, summoned and required to serve upon the Plaintiff's attorney, or upon the Plaintiff if he has no attorney of record, a copy of an answer to the complaint within 28 days after service of this summons on you, exclusive of the day of service.

Your answer must be filed with the Court within 3 days after the service of a copy of the answer on the Plaintiff's attorney, or upon the Plaintiff if he has no attorney of record. If you fail to appear and defend, judgment by default will be taken against you for the relief demanded in the complaint.

**JILL FANKHAUSER, CLERK**

Deputy Clerk                           **SCANNED**

CC:    PURDUE PHARMA LP

**Portage County Common Pleas Court**
**203 W Main St Po Box 1035**
**Ravenna Ohio  44266-1035**
**Phone 330-297-3644 Fax 330-297-4554**

**Case Number: 2018CV00605**

**CIVIL SUMMONS**

| |
|---|
| FILED |
| COURT OF COMMON PLEAS |
| July 27, 2018 |
| JILL FANKHAUSER, CLERK |
| PORTAGE COUNTY, OHIO |

COUNTY OF PORTAGE OHIO, et al
**PLAINTIFF(S)**

**VS**

PURDUE PHARMA LP, et al
**DEFENDANT(S)**

TO:   ENDO HEALTH SOLUTIONS INC

1400 ATWATER DR
MALVERN PA 19355

**NAME AND ADDRESS OF PLAINTIFF'S ATTORNEY:**

STEPHEN COLECCHI 75 E MARKET ST   AKRON OH 44308

**DEFENDANT TAKE NOTICE**

You have been named as a Defendant in a complaint filed in the Portage County Common Pleas Court by the Plaintiff named above. Copy of complaint is attached hereto.

You are hereby notified, summoned and required to serve upon the Plaintiff's attorney, or upon the Plaintiff if he has no attorney of record, a copy of an answer to the complaint within 28 days after service of this summons on you, exclusive of the day of service.

Your answer must be filed with the Court within 3 days after the service of a copy of the answer on the Plaintiff's attorney, or upon the Plaintiff if he has no attorney of record. If you fail to appear and defend, judgment by default will be taken against you for the relief demanded in the complaint.

**JILL FANKHAUSER, CLERK**

Deputy Clerk                                    SCANNED

CC:   PURDUE PHARMA LP

**Portage County Common Pleas Court**
**203 W Main St Po Box 1035**
**Ravenna Ohio  44266-1035**
**Phone 330-297-3644 Fax 330-297-4554**

**Case Number: 2018CV00605**

<b>CIVIL SUMMONS</b>

| |
|---|
| FILED<br>COURT OF COMMON PLEAS<br>July 27, 2018<br>JILL FANKHAUSER, CLERK<br>PORTAGE COUNTY, OHIO |

COUNTY OF PORTAGE OHIO, et al
      **PLAINTIFF(S)**

      **VS**

PURDUE PHARMA LP, et al
      **DEFENDANT(S)**

TO:    **ENDO PHARMACEUTICALS INC**

      **% CT CORP SYSTEM**
      **4400 EASTON COMMONS SUITE 125**
      **COLUMBUS OH 43219**

**NAME AND ADDRESS OF PLAINTIFF'S ATTORNEY:**

STEPHEN COLECCHI 75 E MARKET ST   AKRON OH 44308

<b>DEFENDANT TAKE NOTICE</b>

You have been named as a Defendant in a complaint filed in the Portage County Common Pleas Court by the Plaintiff named above. Copy of complaint is attached hereto.

You are hereby notified, summoned and required to serve upon the Plaintiff's attorney, or upon the Plaintiff if he has no attorney of record, a copy of an answer to the complaint within 28 days after service of this summons on you, exclusive of the day of service.

Your answer must be filed with the Court within 3 days after the service of a copy of the answer on the Plaintiff's attorney, or upon the Plaintiff if he has no attorney of record. If you fail to appear and defend, judgment by default will be taken against you for the relief demanded in the complaint.

**JILL FANKHAUSER, CLERK**

Deputy Clerk                                **SCANNED**

CC:    PURDUE PHARMA LP

**Portage County Common Pleas Court**
**203 W Main St Po Box 1035**
**Ravenna Ohio  44266-1035**
**Phone 330-297-3644 Fax 330-297-4554**

**Case Number: 2018CV00605**

**CIVIL SUMMONS**

FILED
COURT OF COMMON PLEAS
July 27, 2018
JILL FANKHAUSER, CLERK
PORTAGE COUNTY, OHIO

COUNTY OF PORTAGE OHIO, et al
**PLAINTIFF(S)**

**VS**

PURDUE PHARMA LP, et al
**DEFENDANT(S)**

TO:    MALLINCKRODT LLC

       % CT CORP SYSTEM
       4400 EASTON COMMONS SUITE 125
       COLUMBUS OH 43219

**NAME AND ADDRESS OF PLAINTIFF'S ATTORNEY:**

STEPHEN COLECCHI 75 E MARKET ST   AKRON OH 44308

**DEFENDANT TAKE NOTICE**

You have been named as a Defendant in a complaint filed in the Portage County Common Pleas Court by the Plaintiff named above. Copy of complaint is attached hereto.

You are hereby notified, summoned and required to serve upon the Plaintiff's attorney, or upon the Plaintiff if he has no attorney of record, a copy of an answer to the complaint within 28 days after service of this summons on you, exclusive of the day of service.

Your answer must be filed with the Court within 3 days after the service of a copy of the answer on the Plaintiff's attorney, or upon the Plaintiff if he has no attorney of record. If you fail to appear and defend, judgment by default will be taken against you for the relief demanded in the complaint.

**JILL FANKHAUSER, CLERK**

Deputy Clerk                                    **SCANNED**

CC:    PURDUE PHARMA LP

**Portage County Common Pleas Court**
**203 W Main St Po Box 1035**
**Ravenna Ohio  44266-1035**
**Phone 330-297-3644 Fax 330-297-4554**

**Case Number: 2018CV00605**

**CIVIL SUMMONS**

| FILED |
| :---: |
| COURT OF COMMON PLEAS |
| July 27, 2018 |
| JILL FANKHAUSER, CLERK |
| PORTAGE COUNTY, OHIO |

COUNTY OF PORTAGE OHIO, et al
       **PLAINTIFF(S)**

      **VS**

PURDUE PHARMA LP, et al
       **DEFENDANT(S)**

TO:    **MALLINCKRODT PLC**

      **675 MCDONNELL BLVD**
      **ST LOUIS MO 63042**

**NAME AND ADDRESS OF PLAINTIFF'S ATTORNEY:**

STEPHEN COLECCHI 75 E MARKET ST   AKRON OH 44308

**DEFENDANT TAKE NOTICE**

You have been named as a Defendant in a complaint filed in the Portage County Common Pleas Court by the Plaintiff named above. Copy of complaint is attached hereto.

You are hereby notified, summoned and required to serve upon the Plaintiff's attorney, or upon the Plaintiff if he has no attorney of record, a copy of an answer to the complaint within 28 days after service of this summons on you, exclusive of the day of service.

Your answer must be filed with the Court within 3 days after the service of a copy of the answer on the Plaintiff's attorney, or upon the Plaintiff if he has no attorney of record. If you fail to appear and defend, judgment by default will be taken against you for the relief demanded in the complaint.

**JILL FANKHAUSER, CLERK**

Deputy Clerk                           **SCANNED**

**CC:**    **PURDUE PHARMA LP**

**Portage County Common Pleas Court**
**203 W Main St Po Box 1035**
**Ravenna Ohio  44266-1035**
**Phone 330-297-3644 Fax 330-297-4554**

**Case Number: 2018CV00605**

**CIVIL SUMMONS**

| |
|---|
| FILED |
| COURT OF COMMON PLEAS |
| July 27, 2018 |
| JILL FANKHAUSER, CLERK |
| PORTAGE COUNTY, OHIO |

COUNTY OF PORTAGE OHIO, et al
**PLAINTIFF(S)**

**VS**

PURDUE PHARMA LP, et al
**DEFENDANT(S)**

TO:    **SPECGX LLC**

**3600 N SECOND ST**
**SAINT LOUIS MO 63147**

**NAME AND ADDRESS OF PLAINTIFF'S ATTORNEY:**

STEPHEN COLECCHI 75 E MARKET ST   AKRON OH 44308

**DEFENDANT TAKE NOTICE**

You have been named as a Defendant in a complaint filed in the Portage County Common Pleas Court by the Plaintiff named above. Copy of complaint is attached hereto.

You are hereby notified, summoned and required to serve upon the Plaintiff's attorney, or upon the Plaintiff if he has no attorney of record, a copy of an answer to the complaint within 28 days after service of this summons on you, exclusive of the day of service.

Your answer must be filed with the Court within 3 days after the service of a copy of the answer on the Plaintiff's attorney, or upon the Plaintiff if he has no attorney of record. If you fail to appear and defend, judgment by default will be taken against you for the relief demanded in the complaint.

**JILL FANKHAUSER, CLERK**

Deputy Clerk                                              **SCANNED**

**CC:**    PURDUE PHARMA LP

**Portage County Common Pleas Court**
**203 W Main St Po Box 1035**
**Ravenna Ohio 44266-1035**
**Phone 330-297-3644 Fax 330-297-4554**

**Case Number: 2018CV00605**

**CIVIL SUMMONS**

| |
|---|
| FILED |
| COURT OF COMMON PLEAS |
| July 27, 2018 |
| JILL FANKHAUSER, CLERK |
| PORTAGE COUNTY, OHIO |

COUNTY OF PORTAGE OHIO, et al
**PLAINTIFF(S)**

**VS**

PURDUE PHARMA LP, et al
**DEFENDANT(S)**

TO:    File Copy

**NAME AND ADDRESS OF PLAINTIFF'S ATTORNEY:**

STEPHEN COLECCHI 75 E MARKET ST   AKRON OH 44308

**DEFENDANT TAKE NOTICE**

You have been named as a Defendant in a complaint filed in the Portage County Common Pleas Court by the Plaintiff named above. Copy of complaint is attached hereto.

You are hereby notified, summoned and required to serve upon the Plaintiff's attorney, or upon the Plaintiff if he has no attorney of record, a copy of an answer to the complaint within 28 days after service of this summons on you, exclusive of the day of service.

Your answer must be filed with the Court within 3 days after the service of a copy of the answer on the Plaintiff's attorney, or upon the Plaintiff if he has no attorney of record. If you fail to appear and defend, judgment by default will be taken against you for the relief demanded in the complaint.

**JILL FANKHAUSER, CLERK**

Deputy Clerk                                        **SCANNED**

**CC:**    PURDUE PHARMA LP

**UNITED STATES**
**POSTAL SERVICE**™

2018CV0605  DOHERTY

Date Produced: 08/06/2018

PORTAGE COUNTY CLERK OF COURTS:

The following is the delivery information for Certified Mail™ item number 7190 0005 5669 0051 2695. Our records indicate that this item was delivered on 08/01/2018 at 11:51 a.m. in SALINEVILLE, OH 43945. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number:          0339429 36386837

**UNITED STATES**
**POSTAL SERVICE**™

## 2018CV0605  DOHERTY

Date Produced: 08/06/2018

PORTAGE COUNTY CLERK OF COURTS:

The following is the delivery information for Certified Mail™ item number 7190 0005 5669 0051 2749. Our records indicate that this item was delivered on 08/02/2018 at 09:20 a.m. in HAZELWOOD, MO 63042. The scanned image of the recipient information is provided below.

Signature of Recipient :



Address of Recipient :



Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number:        0339429 36386837

**UNITED STATES**
**POSTAL SERVICE**₀

2018CV0605  DOHERTY

Date Produced: 08/06/2018

PORTAGE COUNTY CLERK OF COURTS:

The following is the delivery information for Certified Mail™ item number 7190 0005 5669 0051 2688. Our records indicate that this item was delivered on 08/02/2018 at 10:14 a.m. in NORTH WALES, PA 19454. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number:        0339429 36386837

**UNITED STATES**
**POSTAL SERVICE**™

**2018CV0605   DOHERTY**

Date Produced: 08/06/2018

PORTAGE COUNTY CLERK OF COURTS:

The following is the delivery information for Certified Mail™ item number 7190 0005 5669 0051 2671. Our records indicate that this item was delivered on 08/02/2018 at 10:28 a.m. in CINCINNATI, OH 45202. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number:          0339429 36386837

2018CV0605  DOHERTY

Date Produced: 08/06/2018

PORTAGE COUNTY CLERK OF COURTS:

The following is the delivery information for Certified Mail™ item number 7190 0005 5669 0051 2701.
Our records indicate that this item was delivered on 08/02/2018 at 12:00 p.m. in COLUMBUS, OH 43219.
The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance,
please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal
Service. It is solely for customer use.

Customer Reference Number:        0339429 36386837

**UNITED STATES**
**POSTAL SERVICE**

<span style="color:gray">**2018CV0605  DOHERTY**</span>

Date Produced: 08/06/2018

PORTAGE COUNTY CLERK OF COURTS:

The following is the delivery information for Certified Mail™ item number 7190 0005 5669 0051 2732.
Our records indicate that this item was delivered on 08/02/2018 at 12:00 p.m. in COLUMBUS, OH 43219.
The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance,
please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal
Service. It is solely for customer use.

Customer Reference Number:        0339429 36386837

**UNITED STATES POSTAL SERVICE**

2018CV0605 DOHERTY

Date Produced: 08/06/2018

PORTAGE COUNTY CLERK OF COURTS:

The following is the delivery information for Certified Mail™ item number 7190 0005 5669 0051 2725. Our records indicate that this item was delivered on 08/02/2018 at 12:00 p.m. in COLUMBUS, OH 43219. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number:          0339429 36386837

**UNITED STATES**
**POSTAL SERVICE**™

2018CV0605   DOHERTY

Date Produced: 08/06/2018

PORTAGE COUNTY CLERK OF COURTS:

The following is the delivery information for Certified Mail™ item number 7190 0005 5669 0051 2756. Our records indicate that this item was delivered on 08/02/2018 at 12:59 p.m. in SAINT LOUIS, MO 63147. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number:        0339429 36386837

**UNITED STATES**
**POSTAL SERVICE**™

2018CV0605  DOHERTY

Date Produced: 08/06/2018

PORTAGE COUNTY CLERK OF COURTS:

The following is the delivery information for Certified Mail™ item number 7190 0005 5669 0051 2718. Our records indicate that this item was delivered on 08/02/2018 at 01:23 p.m. in MALVERN, PA 19355. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number:        0339429 36386837

**UNITED STATES**
**POSTAL SERVICE**₀

2018CV0605   DOHERTY

Date Produced: 08/13/2018

PORTAGE COUNTY CLERK OF COURTS:

The following is the delivery information for Certified Mail™ item number 7190 0005 5669 0051 2664.
Our records indicate that this item was delivered on 08/06/2018 at 09:37 a.m. in STAMFORD, CT 06901.
The scanned image of the recipient information is provided below.

Signature of Recipient :



Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance,
please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal
Service. It is solely for customer use.

Customer Reference Number:        0339429 36386837

Date Produced: 08/13/2018

PORTAGE COUNTY CLERK OF COURTS:

The following is the delivery information for Certified Mail™ item number 7190 0005 5669 0051 2657.
Our records indicate that this item was delivered on 08/06/2018 at 09:37 a.m. in STAMFORD, CT 06901.
The scanned image of the recipient information is provided below.

Signature of Recipient :



Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance,
please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal
Service. It is solely for customer use.

Customer Reference Number:        0339429 36386837

**UNITED STATES**
**POSTAL SERVICE**™

2018CV0605   DOHERTY

Date Produced: 08/13/2018

PORTAGE COUNTY CLERK OF COURTS:

The following is the delivery information for Certified Mail™ item number 7190 0005 5669 0051 2640.
Our records indicate that this item was delivered on 08/06/2018 at 09:37 a.m. in STAMFORD, CT 06901.
The scanned image of the recipient information is provided below.

Signature of Recipient :



Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance,
please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal
Service. It is solely for customer use.

Customer Reference Number:        0339429 36386837